# Third District Court of Appeal

## State of Florida

Opinion filed October 31, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-1063
Lower Tribunal No. 15-25837
_____

**Huguette Jean, etc.,**
Appellant,

vs.

**Onm Development, LLC, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Samantha Ruiz-Cohen, Judge.

The Purnell Law Firm, P.A., and Angelia Baldwin Purnell (Fort Lauderdale), for appellant.

Mintzer Sarowitz Zeris Ledva & Meyers LLP, and Allison C. Heim (Tampa), for appellee ONM Development, LLC.

Before LAGOA, SALTER, and LOGUE, JJ.

PER CURIAM.

Because the former tenant's affidavit does not contradict the Property Manager's affidavit stating that "the turnover from the Developer of the Condominium to the Condominium Association took place on December 16, 2009" and that, as a result, "[a]s of December 16, 2009, the Developer no longer had control over The Oaks in North Miami, [given that] control was transferred to the Condominium Association," the trial court properly granted summary judgment as there were no genuine issues of material fact. Morgan v. Cont'l Cas. Co., 382 So. 2d 351, 353 (Fla. 3d DCA 1980).

Affirmed.